MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: James.C.Mann@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-12-00533 YGR |
| Plaintiff, | STIPULATED REQUEST TO ADVANCE HEARING DATE TO NOVEMBER 1, 2012 AND ORDER |
| v. | |
| TYRONE WAYNE HALCOMB, | Date: November 29, 2012<br>Time: 2:00 p.m.<br>Court: Hon. Yvonne Gonzalez Rogers |
| Defendant. | |

The above-captioned matter is set on November 29, 2012 at 2:00 p.m. before this Court for a hearing on defendant's motion to suppress. The parties request that this matter be advanced to November 1, 2012 for an open guilty plea to the sole charge in the Indictment.

DATED: October 23, 2012

_____/s/_____     _____/s/_____
JAMES C. MANN                         RICHARD A. TAMOR
Assistant United States Attorney     Counsel for Tyrone Wayne Halcomb
Counsel for United States

STIP. REQ. TO ADVANCE HEARING DATE TO NOVEMBER 1, 2012
No. CR-12-00533 YGR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TYRONE WAYNE HALCOMB,<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. CR-12-00533 YGR<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO ADVANCE HEARING DATE TO NOVEMBER 1, 2012<br><br>Date:   November 29, 2012<br>Time:  2:00 p.m.<br>Court:  Hon. Yvonne Gonzalez Rogers |

The above-captioned matter is set on November 29, 2012 at 2:00 p.m. before this Court for a hearing on defendant's motion to suppress. The parties requested that this matter be advanced to November 1, 2012 for an open guilty plea to the sole charge in the Indictment.

**IT IS HEREBY ORDERED** that the hearing in this matter is advanced from November 29, 2012 to November 1, 2012 at 2:00 p.m., and the matter is set for change of plea.

DATED: ~o~October 24, 2012

_____
HON. YVONNE GONZALEZ ROGERS
United States District Court Judge

STIP. REQ. TO ADVANCE HEARING DATE TO NOVEMBER 1, 2012
No. CR-12-00533 YGR